# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLOYD COLDMAN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2021 CW 1318

**FEBRUARY 14, 2022**

---

In Re:    Floyd Coldman, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 682503, 679474.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**   In this application for writ of mandamus,
relator, Floyd Coldman, contends no action has been taken by the
district court on his petitions for judicial review.   The
matters are set for a status conference before Commissioner
Nicole Robinson on February 16, 2022.   As the matters are
proceeding in the district court, relator's writ application is
denied.

**PMc**
**MRT**

**Welch, J.,** dissents and would grant the writ and order the
district court to proceed expeditiously with review of the
matters.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT